IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KENDALL STATE BANK, GARDEN CITY
STATE BANK, PEABODY STATE BANK,
FIRST UNITED BANK AND TRUST, BANK
OF COMMERCE AND TRUST, QUIVIRA
CAPITAL, LLC, AND KELLY DROUILLARD
                Plaintiffs

vs.                                            Case No: 10-CV-2617

ARCHWAY INSURANCE SERVICES, LLC,
NEVADA INVESTMENT PARTNERS, LLC,
AND UNION ONE INSURANCE GROUP, LLC
                Defendants

## DEFENDANTS' MOTION TO DISMISS, STAY, OR TRANSFER

**COME NOW,** Defendants Archway Insurance Services, LLC, Nevada Investment Partners, LLC and Union One Insurance Group, LLC, by and through undersigned counsel, and hereby respectfully request this Court for an order granting Defendants' motion to dismiss, or in the alternative, to stay the suit until a ruling by the Eastern District of Pennsylvania or transfer the suit to the Eastern District of Pennsylvania. Defendants state that this case should be dismissed, stayed, or transferred for the following reasons:

1. The allegations made in Count I, Breach of Contract, have already been asserted by Plaintiffs against Defendant Union One in a case currently pending before the Eastern District of Pennsylvania.

2. Plaintiffs' Count II, requesting Declaratory Judgment, is in response to another suit currently pending before the Eastern District of Pennsylvania, in which the instant Defendants filed a RICO action against the instant Plaintiffs.

3. The allegations made in Count III, for Replevin, arise from a common nucleus of operative facts and should properly be tried in the same action as Count I, which is before the Eastern District of Pennsylvania.

**WHEREFORE**, Defendants respectfully request that this Court grant Defendants' motion to dismiss, or alternatively stay or transfer the matter, and for such other and further relief in Defendants' favor as the Court deems just and equitable.

> Respectfully submitted,
>
> BUTLER & ASSOCIATES, P.A.
>
> /s/ Todd B. Butler
> Todd B. Butler, #12711
> 3706 S. Topeka Blvd., Suite 300
> Topeka, KS 66609
> Ph. (785) 267-6444
> Fax (785) 267-7341
> todd@balaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of December, 2010, I electronically filed the foregoing Defendants' Memorandum in Support of their Motion to Dismiss with the clerk of the court by using the CM/ECF system, which distributes copies to all counsel of record.

SPENCER FANE BRITT & BROWNE LLP
Barry L. Pickens, #20183
J. Loyd Gattis, III, #15822
Nathan A. Orr, #23510
bpickens@spencerfane.com
lgattis@spencerfane.com
nor@spencerfance.com

Attorneys for Plaintiffs Kendall State Bank, Bank of Commerce and Trust, First United Bank and Trust, Garden City State Bank, Peabody State Bank, Quivira Capital, LLC, and Kelly Drouillard

> /s/ Todd B. Butler
> Todd B. Butler                #12711